

**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com

JASON B. JENDREWSKI
Direct Dial: 212-878-7952
Email Address: JJendrewski@FoxRothschild.com

> DENIED. The parties are advised that all existing deadlines and dates — including the March 30, 2020 deadline to respond to the Complaint — remain in effect unless and until the parties submit a stipulation of settlement and dismissal to the Court or, pending final execution of a settlement, request dismissal without prejudice to restoring the action to the Court's calendar within thirty days. SO ORDERD.
>
> Date: 3/11/2020
> New York, New York
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

March 6, 2020

<u>**VIA ECF**</u>

The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2020

Re: *Guglielmo v. Officine Generale Inc.* (1:19-cv-11847) (MKV) (SDA)
<u>**Joint Notice of Settlement and Request for Adjournment of All Pending Dates**</u>

Dear Judge Vyskocil:

We represent Officine Generale Inc. ("Defendant") in the above-referenced matter. On behalf of Defendant and plaintiff Joseph Guglielmo ("Plaintiff"), we hereby inform the Court that the parties have reached a settlement in principle. We anticipate that the parties will draft and execute their settlement agreement and file a stipulation of dismissal with prejudice within the next forty-five (45) days. Given that the parties have resolved the litigation, we respectfully request that this Court adjourn all pending dates *sine die* (including but not limited to the deadline for Defendant to file its response to the Complaint) and provide the parties with forty-five (45) days to file their anticipated stipulation of dismissal.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jason B. Jendrewski*
Jason B. Jendrewski

cc: David P. Force, Esq. (*via* ECF)

Active\108425953.v1