UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICINE GENERALE INC.,<br><br>Defendant. | ECF Case<br><br>1:19-cv-11847 (MKV) (SDA)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Joseph Guglielmo and defendant Officine Generale Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       March 25, 2020

STEIN SAKS, PLLC                           FOX ROTHSCHILD LLP

By: _____                By: _____
    David P. Force, Esq.                       Ernest Edward Badway, Esq.
    285 Passaic Street                         Jason B. Jendrewski, Esq.
    Hackensack, New Jersey 07601               101 Park Avenue, Suite 1700
    Telephone: (201) 282-6500                  New York, New York 10178
    Facsimile: (201) 282-6501                  Telephone: (212) 878-7900
    Email: dforce@steinsakslegal.com           Facsimile: (212) 692-0940
    *Attorneys for Plaintiff*                  Email: ebadway@foxrothschild.com
                                                      jjendrewski@foxrothschild.com
                                               *Attorneys for Defendant*